**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| FRANCISCA HERNANDEZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| EXPERIAN INFORMATION | ) | Civil Case No. 3:24-CV-02177-L |
| SOLUTIONS, INC. and BANK OF | ) | |
| AMERICA, N.A., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

**EXPERIAN INFORMATION SOLUTIONS, INC.'S**
**CERTIFICATE OF INTERESTED PERSONS**

Pursuant to Federal Rules of Civil Procedure 7.1 and Local Rules 3.1(c), 3.2(e), 7.4, 81.1(a)(4)(D), and 81.2, the undersigned, counsel of record for Experian Information Solutions, Inc. ("Experian"), hereby certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case.  This certification is made to enable the Court to evaluate possible disqualification or recusal:

1. For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):

     (a) The ultimate parent company of Experian is **Experian plc**. **Experian plc** indirectly owns 100 percent of Experian.  **Experian plc** is registered as a public company in Jersey, Channel Islands, and is publicly traded on the London Stock Exchange.

2. A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

     (a) The following companies are the US-based subsidiaries of **Experian plc** that are not wholly owned and are not publicly traded:

(b)     Central Source LLC

(c)     Online Data Exchange LLC

(d)     New Management Services LLC

(e)     VantageScore Solutions LLC

(f)     Opt-Out Services LLC


Dated: September 19, 2024                    Respectfully submitted,


                                             /s/ Luke Ekstrom
                                             Luke Ekstrom
                                             Texas State Bar No. 24137371
                                             JONES DAY
                                             2727 N. Harwood St.
                                             Dallas, TX 75201
                                             lekstrom@jonesday.com
                                             Telephone:  +1.214.969.3749
                                             Facsimile:   +1.214.969.5100

                                             *Counsel for Defendant*
                                             *Experian Information Solutions, Inc.*


## CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2024, I caused the foregoing document to be filed

with the clerk using the CM/ECF system, which will send notice of electronic filing to all

counsel of record.


                                             /s/ Luke Ekstrom
                                             Luke Ekstrom